David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Alex A. Wade (SBN: 304022)
wadea@cmtlaw.com
**CARLSON & MESSER, LLP**
9841 Airport Boulevard, Suite 1200
Los Angeles, California 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,*
*CADDIS FUNDING, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSE SWENDSEID, individually and on behalf of all other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CADDIS FUNDING, LLC,<br><br>Defendant. | CASE NO.: 2:17-cv-01991-AB-FFM<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff, TYSE SWENDSEID, and Defendant, CADDIS FUNDING, LLC.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal, within 45 days from the date of this notice.

///
///
///
///

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

**CARLSON & MESSER LLP**

Dated:  June 20, 2017       By: /s/ Alex A. Wade
                                 David J. Kaminski
                                 Alex A. Wade
                                 *Attorneys for Defendant,*
                                 *CADDIS FUNDING, LLC*